# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

    v.                                      CASE NO.: 3:15-CR-136 (MPS)

JEFFREY KRANTZ

## **AMENDMENT TO RESTITUTION ORDER**

It is hereby ordered that the Restitution Order entered by this Court on March 18, 2016 is amended in part as follows:

> The portion of the Court's Restitution Order providing that restitution is joint and several between the defendants is hereby stricken.

It is hereby ordered that the Restitution Order entered by this Court on March 18, 2016 shall remain the same in all other respects.

                                              IT IS SO ORDERED.

                                                /s/
                                          Michael P. Shea, U.S.D.J.

Dated:      Hartford, Connecticut
               October 18, 2017